IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIANNA WORMLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-0313-K |
| | § | |
| FRANKLIN COLLECTION SERVICE, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff filed this lawsuit against Defendant asserting violations of the Telephone Consumer Protection Act. In her Complaint (Doc. No. 1), Plaintiff alleges, generally, that Defendant is a debt servicing and collections company which "uses autodialers to attempt to collect debt, even after having been directed by those consumers to stop contacting them using autodialers." Compl. at ¶¶2-3. The Complaint alleges that Defendant is a Mississippi corporation with its headquarters in Mississippi. *Id.* at ¶10. Notably, Plaintiff alleges that she, "during all times relevant to this action, was a citizen of and domiciled in Fort Worth, Texas." *Id.* at ¶9. Fort Worth, Texas is located in Tarrant County. The Northern District of Texas is comprised of seven divisions, including the Fort Worth Division. 28 U.S.C. § 124(a)(2). Tarrant County is within the Fort Worth Division of the Norther District

ORDER – PAGE 1

of Texas. 28 U.S.C. § 124(a)(2). There are no allegations connected to the Dallas Division.

Based on Plaintiff's Complaint as well as a telephone call with Plaintiff's counsel, it appears that there is no connection between this case and the Dallas Division of the Northern District of Texas. A substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Tarrant County and the Court finds that the case has a more substantial connection to the Fort Worth Division of the Northern District of Texas rather than the Dallas Division. Accordingly, on the Court's own motion, this case is transferred to the United States District Court for the Northern District of Texas, Fort Worth Division. 28 U.S.C. § 1404(a), 1404(b).

**SO ORDERED.**

Signed February 12th, 2021.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE